# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REAPPOINTMENT TO        :   No. 286

                                            :   DISCIPLINARY BOARD APPOINTMENT

DISCIPLINARY BOARD              :   DOCKET

## O R D E R

**PER CURIAM:**

AND NOW, this 20th day of July, 2015, Jane Gowen Penny, Esquire, Dauphin County, is hereby reappointed as a member of the Disciplinary Board for a term of three years commencing August 8, 2015.